UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2016 JUL 18 P 2:24
US DISTRICT COURT

MOHAMMED KHALID,
    Petitioner,

v.      CASE NO. 3:16-cv-1133 (RNC)

CHRISTOPHER DONELAN, et al.,
    Respondents.

ORDER TO SHOW CAUSE

Upon the petition of Mohammed Khalid, received by the Court on July 6, 2016, it is hereby:

**ORDERED** that the Clerk of the Court serve this petition by delivering a copy of this Order, together with a copy of the petition and any attachments, to respondent's representative, United States Attorney, Deirdre Daly, Connecticut Financial Center, 157 Church Street, 23rd Floor, New Haven, CT 06510, on or before **July 28, 2016**, and it is

**ORDERED** that respondent file a response on or before **August 29, 2016**, as to why the relief prayed for in the petition for writ of habeas corpus should not be granted. Any reply shall be filed by petitioner on or before **September 19, 2016**.

Dated at Hartford, Connecticut, this 15 day of July 2016.

/S/ Judge Robert N. Chatigny
Robert N. Chatigny
United States District Judge