UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| Mohammed KHALID, | )<br>)<br>) |
| *Petitioner*, | ) Case No. 3:16-cv-01133<br>) |
| v. | )<br>) |
| Christopher DONELAN, Sheriff,<br>Franklin County, Todd THURLOW,<br>Assistant Field Office Director,<br>Immigration and Customs Enforcement;<br>Thomas HOMAN, Acting Director of<br>Immigration and Customs Enforcement;<br>John KELLY, Secretary of the<br>Department of Homeland Security;<br>Jefferson SESSIONS, Attorney General<br>of the United States; Juan OSUNA, Director<br>of the Executive Office for Immigration<br>Review; and THE EXECUTIVE<br>OFFICE FOR IMMIGRATION<br>REVIEW, | )<br>) Date: May 2, 2017<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| *Respondents/Defendants*. | )<br>) |

## ORDER GRANTING PETITION FOR *HABEAS CORPUS* RELIEF

**THIS MATTER** having come before the Court upon Petition of Mohammed Khalid, for *habeas corpus* relief, the within Petition is granted, and now therefore,

**IT IS HEREBY ORDERED** that Petitioner shall be released from the custody of Respondents/Defendants, under an Order of Supervision, no later than Friday April 5, 2017.

May 2, 2017

/s/ Robert N. Chatigny
_____
Robert N. Chatigny
UNITED STATES DISTRICT COURT JUDGE